IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-01507-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: August 7, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

BRADFORD JOHN CONDE BILLINGER,   *Pro Se*

    Plaintiff,

v.

JOHN DOE NUMBER 01, *et al*.,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:      10:50 a.m.**
Court calls case.  Appearances of counsel.  *Mr. Bradford Billinger appears as pro se.*  No one appears on behalf of any of the defendants.

The court addresses the plaintiff regarding the status of this case.  Discussion regarding service on the defendants, defendant's attorney representation, the complaint not complying with Rule 8, and relevant case law.  Further discussion regarding issues with complaint.  The court advises the plaintiff that it shall issue an order to strike the complaint for failure to comply with Rule 8 but that the plaintiff shall be permitted to file a new one.

Discussion regarding Rule 4, service by certified mail not being permitted (must personally be serve), not being able to sue a "John Doe", the named parties who are being sued, Rule 4(i), and the process of suing and service on government employees.

Discussion regarding the defendants who live in Las Vegas, Nevada, the jurisdiction of this court, statute of limitation's effect on the claims and allegations, the plaintiff obtaining counsel to represent him with this lawsuit, and his other pending motions.

The court addresses the parties regarding the plaintiff's MOTION to Clarify (Docket No. 9, filed on 7/16/2012), the plaintiff's MOTION to Object to an #3 Order of the Court (Docket No. 12, filed on 7/18/2012), the plaintiff's MOTION to Amend Summons (Docket No. 17, 8/2/2012), and the plaintiff's MOTION to Clarify Rule 4(i) (Docket No. 16, filed on 8/2/2012)

**ORDERED:** The court **DENIES without prejudice** the plaintiff's MOTION to Clarify (Docket No. 9, filed on 7/16/2012). The court **DENIES AS MOOT** the plaintiff's MOTION to Object to an #3 Order of the Court (Docket No. 12, filed on 7/18/2012). The court **GRANTS** the plaintiff's MOTION to Amend Summons (Docket No. 17, 8/2/2012). The court **DENIES** without prejudice the plaintiff's MOTION to Clarify Rule 4(i) (Docket No. 16, filed on 8/2/2012).

Further discussion regarding the plaintiff's MOTION to Clarify Rule 4(i) (Docket No. 16, filed on 8/2/2012) and Rule 5.

The court addresses the plaintiff regarding MOTION for Injunctions and Declaratory Relief (Docket No.15, filed on 8/2/2012).

Discussion regarding Rule 65 and seeking injunctive relief.

**ORDERED:** The court **STRIKES** the plaintiff's MOTION for Injunctions and Declaratory Relief (Docket No. 15, filed on 8/2/2012)

HEARING CONCLUDED.

**Court in recess:**     **11:39 a.m.**
Total time in court:     00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.