IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01507-CMA-CBS

BRADFORD JOHN CONDE BILLINGER,
    Plaintiff,
v.

JOHN DOE AND JANE DOE NUMBERS 01-36, individual capacity,
PEARL CHANG, individual capacity,
BURT RIZZO, individual capacity,
MARK PHILLIPS, individual capacity,
RODGER PITCAIRN, individual capacity,
MICH[AE]L AYTES, individual capacity,
ANDREW PERRY, individual capacity,
TOM PAAR, individual capacity,
EVY SAHLI, individual capacity,
EFREN HERNANDEZ, individual capacity,
TINA WILLIAMS, individual capacity,
STEPHEN DEAN, individual capacity,
DAVE MITCHELL, individual capacity,
CRAIG BAGEMIHL, individual capacity,
CITY OF LAS VEGAS, NEVADA,
EDWARD BUTLER, individual capacity,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Billinger's "Motion to Amend Proof of Service" (filed September 19, 2012) (Doc. # 27).  Pursuant to the Order of Reference dated June 19, 2012 (Doc. # 3) and the memorandum dated September 20, 2012 (Doc. # 28), the Motion was referred to the Magistrate Judge.  The court having reviewed the Motion, the pleadings, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Mr. Billinger's "Motion to Amend Proof of Service" (filed September 19, 2012) (Doc. # 27) is GRANTED.

2.  The Clerk of the Court shall docket Docs. # 27-1 and # 27-2 as Plaintiff's Proof of Service.

3.  The court's acceptance of Plaintiff's Proof of Service does not imply that service of process on the Defendants is legally adequate.

DATED at Denver, Colorado, this 24th day of September, 2012.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge