**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01507-CMA-CBS

BRADFORD JOHN CONDE BILLINGER

    Plaintiff,

v.

JOHN DOE AND JANE DOE NUMBER 01-36, individual capacity,
PEARL CHANG, individual capacity,
BURT RIZZO, individual capacity,
MARK PHILLIPS, individual capacity,
RODGER PITCAIRN, individual capacity,
MICHAEL AYTES, individual capacity,
ANDREW PERRY, individual capacity,
TOM PAAR, individual capacity,
EVY SAHLI, individual capacity,
EFREN HERNANDEZ, individual capacity,
TINA WILLIAMS, individual capacity,
STEPHEN DEAN, individual capacity,
DAVE MITCHELL, individual capacity,
CRAIG BAGEMIHL, individual capacity,
CITY OF LAS VEGAS, NEVADA, and
EDWARD BUTLER, individual capacity,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming October 4, 2012 Recommendation of United States Magistrate Judge entered on October 31, 2012 by Judge Christine M. Arguello, it is

    ORDERED that  this case is DISMISSED WITHOUT PREJUDICE.

    Dated at Denver, Colorado this 1st day of November, 2012.

                                                       FOR THE COURT:
                                                       JEFFREY P. COLWELL, CLERK

                                                       By: s/Sandra Hartmann
                                                       Sandra Hartmann, Deputy Clerk